### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAIMIE SHAPIRO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:17-cv-01759 (TNM) |
| ) | |
| KATTEN MUCHIN ROSENMAN LLP, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jaimie Shapiro, and Defendants Katten Muchin Rosenman LLP, S. Scott Morrison, Daniel C. Spurlock, Ronald D. Paul, Zach Wade, and MakeOffices, LLC, having settled this matter, hereby consent to the dismissal of this case, with prejudice; it is therefore

**ORDERED** this matter be, and it hereby is, dismissed, with prejudice as to all claims and all Defendants.

**SO ORDERED.**

ENTERED this _____ day of January, 2018.

 

_____
The Honorable Trevor N. McFadden
United States District Judge

WE ASK FOR THIS:

*/S/ ELAINE CHARLSON BREDEHOFT*

_____
Elaine Charlson Bredehoft, D.C. Bar No. 441425
Peter C. Cohen, D.C. Bar No. 413247
Carla D. Brown, D.C. Bar No. 474097
Daphne Shih Gebauer, D.C. Bar No. 982568
CHARLSON BREDEHOFT COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
ebredehoft@cbcblaw.com
cbrown@cbcblaw.com
dgebauer@cbcblaw.com
*Counsel for Plaintiff, Jaimie Shapiro*


*/S/ STEPHEN W. ROBINSON*

_____
Stephen W. Robinson, D.C. Bar No. 282731
David L. Greenspan, D.C. Bar No. 1021256
Nicholas D. SanFilippo, D.D.C. Bar No. VA038
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons, VA  22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
srobinson@mcguirewoods.com
dgreenspan@mcguirewoods.com
nsanfilippo@mcguirewoods.com
*Counsel for Defendants Katten Muchin Rosenman LLP,*
*S. Scott Morrison, Esq., Daniel C. Spurlock, Esq.,*
*Ronald D. Paul, Zach Wade, and MakeOffices LLC*